**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MITCHELL S. AIKENS and
PATRICK VAN CAMP,

      Plaintiffs,

                                  Case No. 26-11045

v.

                                  HON. DENISE PAGE HOOD

ROBERT L. LOWRANCE,

      Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 2)

Before the Court is Plaintiffs Mitchell S. Aikens and Patrick Van Camp's Emergency Motion for Temporary Restraining Order and Preliminary Injunction seeking to enjoin Defendant Robert Lowrance from serving discovery, contacting Plaintiffs regarding a litigation and requiring Plaintiffs' participation in the litigation.  Plaintiffs do not identify the underlying litigation, including in which court the litigation is filed, which party brought the litigation, the status of the litigation, and the cause of action of the litigation.  Without any further facts, the Court cannot determine whether it has jurisdiction over the matter in order to proceed with the motion and/or this case.

In any event, the Court denies the motion without prejudice because Plaintiffs have yet to pay the filing fee and have not filed an application to proceed without prepayment of fees.  The Clerk has set an April 14, 2026 deadline for Plaintiffs to either pay the filing fee or submit an application to proceed in forma pauperis.  (ECF No. 4)  The Court cannot proceed with this case until the filing fee issue is resolved and so denies the motion without prejudice.  Plaintiffs may renew the motion if the case is not dismissed for failure to pay the fee if the fee is not waived.

Accordingly,

IT IS ORDERED that the Emergency Motion for Temporary Restraining Order and Preliminary Injunction **(ECF No. 2)** is DENIED without prejudice. Plaintiffs may renew the motion if the case is not dismissed.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  April 2, 2026

2